HELEN W. CATCHINGS et al., Appellants and Respondents, *v.* ARTHUR SACHS et al., Individually and as Copartners under the Name of GOLDMAN, SACHS & Co., Respondents and Appellants.

Argued December 1, 1937; decided January 4, 1938.

*Lloyd Paul Stryker, Harold Shapero* and *Raymond C. Murphy* for Helen W. Catchings, plaintiff, appellant and respondent.

*James F. Donnelly* and *Samuel Michelman* for Waddill Catchings, plaintiff, appellant and respondent.

*David W. Peck, Edward H. Green* and *John F. Dooling, Jr.,* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.
Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.